1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SAFAK TOSUN, | CASE NO. 2:24-CV-02424-WBS-DMC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017. USCIS has scheduled Plaintiff's asylum interview for March 10, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 8, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  November 13, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 13, 2024

By: /s/ DORUKHAN KORKUT OGUZ
DORUKHAN KORKUT OGUZ
Counsel for Plaintiff

ORDER

It is so ordered

1. The new date for Defendants to file an answer or other dispositive pleading is **July 8, 2025;**

2. The Scheduling Conference is reset for **October 20, 2025 at 1:30 p.m.; and**

3. The parties shall file a joint status report no later **October 6, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 6, 2024  (Docket No. 4).

Dated:  November 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2